472

649 A.2d 129

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Henry R. GORSKI, Respondent.**

Supreme Court of Pennsylvania.

Oct. 26, 1994.

*ORDER*

PER CURIAM:

AND NOW, this 26th day of October, 1994, the Petition for Allowance of Appeal is granted. The Order of the Superior Court, 418 Pa.Super. 648, 607 A.2d 1123 is reversed and the matter is remanded to the Court of Common Pleas for disposition consistent with *Commonwealth v. Leet*, 537 Pa. 89, 641 A.2d 299 (1994). The Application for Relief and/or Motion to Consolidate Multiple Appeals is denied.

MONTEMURO, J., is sitting by designation.